IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL J. STARKS, JOHN W. BROWN, RICHARD R. DEVENUTI, STUART M. ESSIG, THOMAS H. GARRETT III, BARBARA B. HILL, MICHAEL A. ROCCA, WENDY L. YARNO, STEFAN K. WIDENSOHLER, FRANK C-P YIN, PAUL BAE, <br><br> Defendants, <br><br> And <br><br> ST. JUDE MEDICAL, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 10-cv-03993(RHK-SRN) |
| CINDY HENZEL, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL J. STARKS, JOHN W. BROWN, RICHARD R. DEVENUTI, STUART M. ESSIG, THOMAS H. GARRETT III, BARBARA B. HILL, MICHAEL A. ROCCA, WENDY L. YARNO, STEFAN K. WIDENSOHLER, FRANK C-P YIN, PAUL BAE, <br><br> Defendants, <br><br> And <br><br> ST. JUDE MEDICAL, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO. 10-cv-03997 (RHK-SRN) |

# ORDER CONSOLIDATING
# CASES FOR ALL PURPOSES AND PERMITTING
# FILING OF CONSOLIDATED COMPLAINT

This matter came before this Court upon the Stipulation Consolidating Cases For All Purposes And Permitting Filing Of Consolidated Complaint filed by the parties on October 7, 2010.

**IT IS HEREBY ORDERED**

1. The following actions are related cases within the meaning of Federal Rule of Civil Procedure 42:

- *Henzel v. Starks, et al.*, No. 10-cv-03997-RHK-SRN; and

- *Louisiana Municipal Police Employees' Retirement System v. Starks, et al.*, No. 10-cv-03993-RHK-SRN.

2. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action.

3. These actions shall be referred to herein as the "Consolidated Actions." The Master Docket and Master File for the Consolidated Actions shall be Civil Action No. 10-cv-03993-RHK-SRN. Every pleading in this Consolidated Action shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| _____) | |
|---|---|
| ) | |
| In re St. Jude Medical, Inc. Derivative Litig. | ) C.A. No. 10-cv-03993 (RHK-SRN) |
| _____) | |

All orders, pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable.

4. The Court hereby appoints Ms. Henzel and MPERS as Lead Plaintiffs in this Consolidated Action. The Court hereby appoints Berman DeValerio and The Paskowitz Law Firm, P.C. to be Co-Lead Counsel.

5. The Plaintiffs shall file a Consolidated Complaint on or before November 5, 2010.

6. The Stipulating Defendants shall respond to the Consolidated Complaint on or before December 6, 2010.

7. In the event that the Stipulating Defendants move to dismiss the Consolidated Complaint, Plaintiffs shall file their opposition papers on or before January 7, 2011. The Stipulating Defendants shall file their reply papers on or before January 25, 2011.

**IT IS SO ORDERED.**

Dated: October 12, 2010        s/Richard H. Kyle
                               The Honorable Richard H. Kyle
                               Senior United States District Judge