## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE ST. JUDE MEDICAL, INC.
DERIVATIVE LITIG.

Civil No. 10-3993 (RHK-SER)

**ORDER TO DISMISS ACTION**

Pursuant to the Stipulation agreed to and signed by the parties in the above-captioned matter (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs to any party, each party to bear its own costs and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge